**Epifano VASQUEZ, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

**No. 02–6144.**

United States Court of Appeals, Second Circuit.

June 18, 2004.

the Northern District of New York, sitting by designation.

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED.

Epifano Vasquez, Far Rockaway, NY, for Appellant, pro se.

Mark S. Davies, Department of Justice, Civil Division, Washington, D.C., for Appellee.

PRESENT: WALKER, Chief Judge, B.D. PARKER Circuit Judge, and MORDUE, District Judge.*

### SUMMARY ORDER

Epifano Vasquez, *pro se,* appeals from an order and judgment of the United States District Court for the Southern District of New York (Leonard B. Sand, *District Judge* ), granting the defendant's motion to dismiss Vasquez's action.

For substantially the reasons stated by the district court, we affirm its judgment. *See Vasquez v. Comm'r of Soc. Sec.,* No. 01 Civ. 8587, 2002 U.S. Dist. LEXIS 2891 (S.D.N.Y., Feb. 21, 2002).

The district court's judgment is hereby AFFIRMED.

* The Honorable Norman A. Mordue, District Judge for the United States District Court for the Northern District of New York, sitting by designation.